# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID R. JOHNSON, | : | CIVIL ACTION NO. 3:CV-14-1218 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| Warden DAVID J. EBBERT, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 30th DAY OF JANUARY, 2017,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                      _William J. Nealon_
                                      **United States District Judge**